KM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alvaro Quezada,          ) | No. CV 1-08-1404-FRZ |
|            Plaintiff,    ) | **ORDER** |
| vs.                      ) | |
| A. Hedgpeth, et al.,     ) | |
|            Defendants.   ) | |

Pending before the Court is Plaintiff's October 22, 2008 Application to Proceed *In Forma Pauperis* (Doc. #9). The Court granted Plaintiff *in forma pauperis* status by Order filed October 23, 2008 (Doc. #8). Accordingly, the Court will deny Plaintiff's October 22nd Application as moot.

**IT IS ORDERED** that Plaintiff's October 22, 2008 Application to Proceed *In Forma Pauperis* (Doc. #9) is **denied as moot**.

DATED this 2nd day of March, 2009.

FRANK R. ZAPATA
United States District Judge