EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-4638
 Fax: (916) 324-5205
 E-mail: Kelli.Hammond@doj.ca.gov
*Attorneys for Defendants*
*Hedgpeth, Nipper and Soto*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ALVARO QUEZADA,** | 1:08-CV-1404 FRZ |
| Plaintiff, | **ANSWER OF DEFENDANTS AND DEMAND FOR JURY TRIAL** |
| v. | |
| **A. HEDGPETH, et al.,** | |
| Defendants. | |

In response to the Second Amended Complaint (Complaint) filed June 1, 2009, Defendants Hedgpeth, Nipper and Soto[1] answer as follows:

1. Except as expressly admitted, the allegations of the Complaint are denied.

2. In response to the section entitled *Jurisdiction,* Defendants admit that jurisdiction is proper under 42 U.S.C. § 1983 and 28 U.S.C. § 1343 (a), and that venue is proper because the claims giving rise to this lawsuit allegedly occurred at Kern Valley State Prison (KVSP) in Delano, California. Defendants deny the remaining allegations of that section.

---

[1] Defendant Flores has not been served and is not currently represented by the Office of the Attorney General.

1

3. In response to the section entitled *Defendants*, Defendants admit that they were employed by the California Department of Corrections and Rehabilitation (CDCR) and assigned to Kern Valley State Prison (KVSP) at times material to the matters at issue. A. Hedgpeth was the Warden, and R. Nipper and J Soto were Facility Captains.

4. In response to the section entitled *Previous Lawsuits,* Defendants are without sufficient knowledge or information to form a belief about the allegations of that section.

5. In response to the section entitled *Cause of Action, Count I*, Defendants respond as follows:

    a. Defendants deny that they engaged in a conspiracy to implement an animus race based lowdown that violated Plaintiff's rights under the Fourteenth Amendment.

    b. In response to paragraph 1, Defendants admit that Defendant Hedgpeth was the Warden at KVSP. Defendants deny the remaining allegations of that paragraph.

    c. In response to paragraph 2, Defendants admit that term "Southern Hispanic" describes a street gang/disruptive group. Defendants deny that Defendant Hedgpeth violated Plaintiff's constitutional rights. Defendants are without sufficient knowledge or information to form a belief about the remaining allegations of that paragraph.

    d. In response to paragraph 3-12, Defendants are without sufficient knowledge or information to form a belief about the allegations of those paragraphs.

    e. In response to paragraph 13, Defendants deny the allegations of that paragraph.

    f. In response to paragraphs 14-17, Defendants are without sufficient knowledge or information to form a belief about the allegations of those paragraphs.

    g. In response to paragraph 18, Defendants deny the allegations of that paragraph.

    h. In response to paragraphs 19-20, Defendants are without sufficient knowledge or information to form a belief about the allegations of those paragraphs.

    i. In response to paragraphs 21 and 22, Defendants deny the allegations of those paragraphs.

    j. In response to paragraphs 23-27, Defendants are without sufficient knowledge or information to form a belief about the allegations of those paragraphs.

   k. In response to paragraphs 28-31, these claims have been dismissed.  Defendants deny the allegations of those paragraphs.

   l. In response to paragraph 32, Defendants deny the allegations of that paragraph.

6. In response to the section entitled *Cause of Action, Count II,* Defendants respond as follows:

   m. Defendants deny that they violated Plaintiff's Eighth Amendment rights.

   n. In response to paragraphs 1-26, Defendants are without sufficient knowledge or information to form a belief about the allegations of those paragraphs.

7. In response to the section entitled *Cause of Action, Count III,* Defendants Hedgpeth and Soto respond as follows:

   o. Defendants deny that they conspired to punish Plaintiff or violated Plaintiff's rights under the First Amendment.

   p. In response to paragraphs 1-26, Defendants are without sufficient knowledge or information to form a belief about the allegations of those paragraphs.

   q. In response to paragraph 27, Defendants deny the allegations of that paragraph.

8. In response to the sections entitled *Exhaustion of Administrative Remedies,* Defendants are without sufficient knowledge or information to form a belief about the allegations of those sections.

9. Defendants deny that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

**AFFIRMATIVE DEFENSES**

1. Plaintiff failed to state a claim upon which relief can be granted as to all Defendants.

2. Plaintiff's claims are barred by the applicable statutes of limitations.

3. The complaint is barred by the Eleventh Amendment to the United States Constitution.

4. Plaintiff has failed to comply with applicable California tort claims statutes and law.

5. Plaintiff lacks standing.

6. Defendants are entitled to immunity.

7. Plaintiff's own conduct contributed to his damages.

8. Plaintiff has failed to mitigate his damages.

9. Plaintiff is not entitled to punitive damages because Defendants did not act with malicious intent to deprive him of any constitutional right or to cause any other injury.

10. The complaint and all causes of action are barred by the doctrines of claim or issue preclusion.

## DEMAND FOR JURY TRIAL

Under Federal Rule of Civil Procedure Rule 38, Defendants demand that this case be tried before a jury.

## PRAYER FOR RELIEF

Defendants pray that the Court provide the following relief:

1. Dismissal of the complaint;

2. Entry of judgment for Defendants;

3. An award of costs of suit and attorneys' fees to Defendants; and

4. Such other relief as the Court deems proper.

Dated:  December 28, 2009                                 Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General


*/s/ Kelli M. Hammond*
KELLI M. HAMMOND
Deputy Attorney General
*Attorneys for Defendants*
*Hedgpeth, Nipper and Soto*

SA2009313562
30922849.doc