IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alvaro Quezada, | ) | No. CV 1-08-1404-FRZ |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| A. Hedgpeth, et al., | ) | |
| Defendants. | ) | |

The Scheduling Order issued by the Court in this action was filed August 18, 2010.

On August 19, 2010, Plaintiff filed separate motions to compel the production of documents and responses to interrogatories.

Pursuant to the Court's Scheduling Order,

IT IS ORDERED that Plaintiff's "Notice and Request for Ruling on Filed Motions" (Doc. 50) is DENIED as moot;

IT IS FURTHER ORDERED that Plaintiff's Motions to Compel (Docs. 48, 49) are DENIED as premature.

DATED this 1st day of September, 2010.

_____
Frank R. Zapata
Senior United States District Judge