IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALVARO QUEZADA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**A. HEDGPETH, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 1:08-CV-1404 FRZ<br><br>**ORDER** |

　　Defendants' motion for an extension (Doc. 61) of time is granted,

　　IT IS HEREBY ORDERED that Defendants are granted ten court days, to and including March 25, 2011, to serve and file their dispositive motion.

　　Dated this 10th day of March, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Frank R. Zapata
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1

[Proposed] Order (1:08-CV-1404 FRZ)